## PRUITT v. ROBERTSON et al.
### No. 6114.

Court of Appeal of Louisiana. Second Circuit.
June 10, 1940.

Edward S. Robertson, of West Monroe, for appellants.

A. S. Drew, of Minden, for appellee.

HAMITER, Judge.

No appearance has been made in this case by appellant. It is presumed that the appeal has been abandoned.

It is ordered, therefore, that the appeal be dismissed.

DREW, J., recused.